JON M. SANDS
Federal Public Defender
**CYNTHIA YIALIZIS**
Assistant Federal Public Defender
State Bar No. 030978
407 W Congress St., Ste. 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
cynthia_yializis@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Rahmann Vache Benefield,<br><br>Defendant | **CR24-05603-TUC-SHR (EJM)**<br><br>**SENTENCING MEMORANDUM** |

Rahmann Vache Benefield, by and through undersigned counsel, respectfully submits the following Sentencing Memorandum for the Court's consideration. Rahmann is respectfully requesting a time-served sentence. Rahmann will have served 394 days by the date of his Sentencing.

**SENTENCING MEMORANDUM**

Rahmann was only ten years old when he watched his six-year-old brother, Kahron, get hit by a van. They were walking home from school, like any other day, when Kahron saw a girl he knew standing across the street. Without a moment's notice, Kahron took off from Rahmann's side and ran towards her. Then it all happened so fast. Rahmann remembers seeing the impact before he even recognized that his brother was no longer next to him. He remembers hearing screams. He remembers, most vividly, seeing his mother run to Kahron and fall to the ground upon seeing her baby crumpled on the road. He

remembers watching his baby brother be airlifted away. He remembers feeling stunned and then overcome with one pervasive thought – this is my fault.

Kahron suffered a traumatic brain injury and was in a coma upon arriving at the hospital. Every day, Rahmann was consumed by fear that Kahron may never wake up. One day became two, became three, and so on until Kahron finally opened his eyes on day nine. It was the longest nine days of Rahmann's life. Kahron's awakening marked the beginning of a very long road for himself and for the family. He couldn't speak. He couldn't walk. He needed a feeding tube to receive nutrients. After 30 days in the hospital, Kahron had to be transferred to a rehab facility. It would take an entire year of numerous different therapies before Kahron regained his speech and ability to walk.

Kahron was able to go back to school shortly after his year of therapy, but his condition was such that he had to wear a helmet. Rahmann watched and heard about how the other kids picked on his little brother because of his disabilities. It was unbearable for Rahmann. This was a condition that he could have prevented but for his ineptitude, and now he could not even protect his brother from these school bullies.

*It's my fault and she knows it.*

Rahmann's mother, Gabrielle Young, believes that the accident was *the* defining event of Rahmann's life, and the "biggest event" in all their lives.[1] She knows that Rahmann felt responsibility for what happened and of course she does not blame him. However, at that time, she was too focused on Kahron to address, let alone even acknowledge Rahmann's emotional needs and to help him process what happened. Gabrielle admitted that she often told Rahmann to "act like a man" and not show his emotions. *See also* PSR at 68. Rahmann remembers this, and made a conscious decision to keep the fear, sadness and guilt he was experiencing silenced and buried deep within himself. Over and over, he told himself *you're the man of the house and you let this happen.*

---

[1] Information from Gabrielle Young is taken from an interview she participated in with undersigned counsel on January 16, 2025.

The only emotions he saw from his mother were anger and frustration, which only served to validate his feelings and perpetuate the belief that she blamed him for what happened.

Rahmann moved in with his grandmother Sherly for a period after the car accident. Rahmann reports that he was very close to his grandmother but despite that, he couldn't talk to her about how tormented he was feeling over the accident. His mother's words - *Act like a man* – were always at the forefront. Rahmann believes that this attitude was fueled by the sense of responsibility he inherently felt as the oldest male in the household.

Kahron went on to make a full recovery. Rahmann has a relationship with him, but the guilt has never quite subsided. Kahron is currently suffering from alcoholism and Rahmann cannot help but wonder if this was because of the accident or lingering trauma from the brain injury. Rahmann is old enough now to know that in fact none of this was his fault. He is intelligent and can appreciate and articulate that he was just a kid, and that his brother was just a kid, and that what happened was an accident. But the feeling that he could not protect someone he loved and that he was not good enough to fulfill that role, has never escaped him.

### Background

Prior to the car accident, Rahmann had already assumed several adult responsibilities. This stemmed from the fact that Gabrielle was only 18 years old when she got pregnant with Rahmann, and that his father, and the fathers of his next two siblings, were not present in their lives.

Gabrielle confirms that she put a lot on Rahmann, particularly around the age of nine. By then, Kahron was five years old and their sister, Rikisha, would have been around three years old. Gabrielle was a single mother working fulltime and thus heavily depended on Rahmann for routine necessities, like preparing dinner, doing the laundry, and making sure the younger children were showered and ready for school. Rahmann remembers his mother telling him that he was like a ringleader for his younger siblings.

Gabrielle worked hard but always struggled to make ends meet. The family was forced to move around a lot. Rahmann states that Gabrielle never shared if they were evicted, but given their financial struggles, he imagines that was a possibility at times.

Because they were poor in Southern California, they had no choice but to live in the projects. Rahmann remembers his mother doing her best to make sure that the kids were back in the house before the streetlights turned on due to crime, drug use, and gang activity on the streets. Rahmann remembers they would sneak out sometimes and do things they weren't supposed to do.

Rahmann recounted what it was like in the neighborhoods he grew up in. He saw people get assaulted "all the time," and much of it was domestic violence. When asked if he witnessed gun violence, he responded without a beat "yeah, of course." Rahmann was in fact the victim of gun violence when he was only five or six years old. He shared that Rikisha's father's other son was playing with a firearm and, thinking it was a toy, shot Rahmann. On the streets, Rahmann remembers guns routinely getting pulled out when people thought that others were associating with the wrong people. Rahmann has more than one memory of seeing bodies with bullet wounds not far from the playground.

Rahmann gravitated towards older people in the various communities he lived in. He stated that "everyone" he hung out with was older because he didn't have his dad. Most of these people were "coming out of county or the pen." They would tell Rahmann what they had learned from their own experiences and what to look out for. Their life lessons "were about survival and not about avoiding trouble."

These same individuals introduced Rahmann to drugs. Marijuana came first, and then methamphetamine. Rahmann was around 13 years old when he started smoking marijuana, and his meth use started when he was 14 or 15 years old. Rahmann stated that smoking marijuana was instantly addictive because it suppressed the relentless feelings of guilt and shame that he could not shake, even almost three years after the accident. Rahmann stated that in addition to numbing his pain, sharing this activity with others who were like him, having grown up fatherless and with trauma, led him to feel like he had found a new family.

So many boys and young men who share Rahmann's childhood circumstances resort to joining a gang. To some degree, it makes sense. It is the world they are surrounded by growing up in tough neighborhoods. These young boys are seeking community and

guidance, with the hope of finding a father figure. They are simply too young to know the dark world they open themselves up to by gravitating towards these groups. Older gang members, in turn, recruit these young boys and it is not difficult because they know and understand exactly what it is that these boys are seeking. Rahmann, despite his surroundings and despite seeking guidance from the very people making up these gangs, resisted membership. He drew a line, which speaks to a level of maturity and awareness.

One area where Rahmann was doing well, despite his surroundings and his drug use, was school. Rahmann found joy in learning. Gabrielle reports that Rahmann was a very good student up until his senior year. He got good grades and was on the wrestling team for four years. Gabrielle reports that Rahmann started to struggle as a senior because she decided to take a job in the Bay Area halfway through the school year. The move caused issues. Rahmann was upset and resentful and started to rebel. Gabrielle stated that, looking back, the move at that specific time was a terrible mistake. Ultimately, she had to send Rahmann back to Southern California with Sherly in order to graduate and obtain his high school diploma.

After high school, Rahmann enlisted with the marines. This was not a good fit and Rahmann did not complete boot camp. Rahmann attributes much of this to his ongoing addiction. Gabrielle remembered that time when Rahmann dropped out and stated that afterwards, it was like he just disappeared, which was out of character for him. She describes the years following this as a "dark time." He would not visit with her, but she has memories of seeing him on the street and watching him run from her if they made eye contact. She believes, and Rahmann confirms, that he simply did not want her to see him that way – in the throes of his addiction.

Rahmann's drug use, combined with his continued association with negative peers, led to the commission of his first felony offense and prison sentence at 19 years of age. Gabrielle stated that when Rahmann was released from prison, he did not want to do drugs anymore. At that time, Gabrielle was planning to sell her house in California and move to Ohio for her church. Rahmann wanted to go with her, seeing an opportunity to start over. Neither of them considered the fact that Rahmann was on parole. Once he arrived in Ohio,

he was told by his parole officer that he had to return to California. Gabrielle stated that after Rahmann went back, was placed in a homeless shelter filled with drugs, which inevitably led to a relapse.

A Turning Point

Rahmann's life started to change, for the better, after he met his wife, Alanna.



*Alanna and Rahmann*

Alanna was a single mother struggling with substance abuse and the two in fact met while "living rough," as Rahmann describes it. Fortunately, together they reached a breaking point where they no longer wanted to continue living that life. Alanna found inspiration through the Wayward Outreach Church and encouraged Rahmann to join. Church quickly became a significant part of their lives. Through their new faith and community, Rahmann and Alanna found sobriety together. Sobriety allowed them to save money and to leave the poor, dangerous neighborhood they had been residing at in San Bernadino. Rahmann relished his role as a father figure to Alanna's son, Isaiah, who did not have the support, let alone the presence of his own father. Rahmann and Alanna eventually married and had two children together.



Rahmann and Isaiah



Rahmann with his children

When the COVID-19 pandemic hit, Rahmann and Alanna decided to move to Tucson, AZ. Alanna is originally from Tucson, and the couple saw an opportunity to become homeowners and raise their children in a quiet place, far from the violent and traumatic conditions both had endured. Alanna's sister was living in California at the time,

and both families decided to relocate together. Rahmann and Alanna found work and a home and looked forward to their new life together.

## Circumstances Around the Time of the Offense

This offense represents the culmination of a significant relapse, and potential mental health break. When the family moved to Tucson in October 2020, Alanna's sister, along with her husband and children, lived with Rahmann and Alanna. It was supposed to be a temporary arrangement. One night, Alanna's sister and her husband had a significant argument that led to the police responding, and the Department of Child Safety (DCS) opening a case. This led to the removal of Alanna's sister's children from the home.

Alanna and Rahmann did not want the children to remain in foster care. They thus completed foster parent classes to have temporary custody of the children. They were successful and the children returned to Rahmann and Alanna's home. This arrangement went on for approximately a year. During that time, Rahmann and Alanna were struggling financially to maintain the house and feed and care for all the children. Rahmann was working as an Inventory Specialist for Arizona Restaurant Supply and had to commute to Phoenix, and he was not making enough money to cover all the expenses. This caused a lot of tension, which boiled over and resulted in a "blowout fight" in February 2022. Rahmann was forced to leave the residence because of the police responding. With insufficient finances and nowhere to go, he ended up moving in with Alanna's brother, Michael. Michael owned a business in Tucson named Infinite Restoration and he gave Rahmann a job.

It was around this same time that Sherly started to suffer from dementia. Gabrielle and Sherly were living in Buckeye, AZ at this time and Rahmann went to see Sherly. As Gabrielle stated in the PSR, Rahmann was greatly affected when Sherly did not recognize him. *See* PSR at 74. Rahmann agrees with this, saying he was devastated. He reflected on their closeness throughout his childhood and the fact that she was the one who took him in so that he could finish high school. She supported him through his ups and downs. When he didn't have her, he had Alanna. Now, in this moment, Rahmann felt like he had lost them both.

What Rahmann did not know when he moved in with Michael was that Michael was abusing drugs. When Michael invited Rahmann to partake, Rahmann found it difficult to resist. When asked why, he stated that the situation with Alanna had flooded him with the old familiar feelings of inadequacy and inability to protect those he loves that had plagued him for years after Kahron's accident. He believed that he had failed Alanna and his children. This was exacerbated by the sadness he was feeling for his grandmother.

Michael ended up getting evicted from his house and moving in with his girlfriend. Rahmann could not go with him, and Alanna was not ready to take him back. Rahmann worked and lived out of his car for five to six months before having a "meltdown." Rahmann said he was exhausted from not having stability and was overwhelmed by feeling like he was not good enough to be anywhere. Rahmann's drug use "blew up from there." It was shortly after this that he tried fentanyl and started using that in addition to methamphetamine and marijuana. Rahmann lost his car after it broke down because it was towed. Most of his belongings that he had on him were still inside of it. Rahmann thus had no choice but to sleep outside amongst other homeless drug addicts. He stated that he was jumped a couple of times and would often wake up to people going through his backpack and pockets. Rahmann was at least able to get in touch with Michael to pick up some work at Infinite Restoration. However, the money was not enough to put a roof over his head, so it went towards drugs and food, and eventually towards the firearms he purchased for protection.

### The Path Forward

*I'm already a statistic and I don't want to be a statistic.*

Rahmann stated these words when reflecting on his past and where he is today. He went on to say *I'm a middle-aged black man incarcerated living paycheck to paycheck.* After making this statement, Rahmann made it clear that he will do everything he can to prevent this from being the rest of his life. *I want to get back to growing old with Alanna.*

When asked what he would have done differently, Rahmann stated that he would have taken the time to talk through the issues he was having with Alanna before their fight in 2022. He believes that his inability to communicate with her is what caused things to

blow up. He also wishes he had found a church in Tucson. The family was so busy with the move, school, and jobs that they did not have time to find a new place to worship. Alanna has since found a church and Rahmann is eager to join the congregation upon his release.

Gabrielle advised undersigned counsel that she truly believed that Rahmann needed therapy and had told him this for years. Rahmann has come to the realization that she is right. He stated that he watched Gabrielle go to therapy in 2017 and 2018 and felt their relationship change for the better. In custody, Rahmann has bonded with other inmates on a deeper level and has recognized the power of being vulnerable with men who share the same struggles and insecurities. Having this experience has opened Rahmann's eyes and he wants to seek mental health treatment when he is released.

Alanna has stayed by Rahmann's side throughout this entire case. She has contacted undersigned counsel on numerous occasions and provided the photos shared in this Memorandum. She has insisted that this offense is out of character and that the man she loves is the one who has faith in God and who has played an integral role in raising three successful, loving children. She has established boundaries and Rahmann knows that he needs to focus on his recovery and mental health before he can move home to be with the family again.

Rahmann has employment prospects. He is a certified personal trainer and in fact has been training some of his cellmates while in custody at CCA. Rahmann often speaks of the transformative power of exercise and hopes to utilize his certification to both earn an income and to bring fitness to others.

Rahmann writes more about where he is and hopes to go in the future in his letter to this Court:

> *Words cannot express the amount of regret that I feel everyday that I am away from [my family]. But I also have used this time to do some serious soul searching and self-reflection. I have re-established my relationship with God and his role in my life…God and church were very important parts of my life that helped me to change and caused the growth that had happened in my life. They were also the reasons why I was blessed with*

*my wife and kids…the Bible says, "what God has put together, let no man tear asunder," and I plan on getting back to church as well as working to support the family that he has placed in my care.*

### Conclusion

It is respectfully requested that the Cout consider Rahmann's history and characteristics, as well as the circumstances of the offense, and impose a sentence of time served. With respect to Rahmann's criminal history, it is notable that most of Rahmann's charges after the age of 21 were for misdemeanors and that his current felonies are truly those commonly associated with addiction and homelessness. That Rahmann's most serious crimes occurred while he was in the emerging adult demographic of 18 to 25 years of age should be taken into consideration.

A sentence of time served provides adequate punishment while considering Rahmann's history, characteristics, and the circumstances of this offense.

RESPECTFULLY SUBMITTED: September 11, 2025.


JON M. SANDS
Federal Public Defender

*/s/ Cynthia Yializis*
Cynthia Yializis
Assistant Federal Public Defender